| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | David M. Balabanian (SBN 37368) |
| 2 | david.balabanian@bingham.com |
|   | Charlene S. Shimada (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|   | John D. Pernick (SBN 155468) |
| 4 | john.pernick@bingham.com |
|   | Lucy Wang (SBN 257771) |
| 5 | lucy.wang@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA 94111-4067 |
|   | Telephone: 415.393.2000 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | Frederic H. Moll, Steven M. Van Dick, Gary C. |
|   | Restani, John G. Freund, James M. Shapiro, |
| 9 | Christopher P. Lowe, Thomas C. McConnell, Russell |
|   | C. Hirsch, Joseph M. Mandato, Kevin Hykes and |
| 10 | Nominal Defendant Hansen Medical, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | | |
| 16 | MICHAEL BROWN, Derivatively on Behalf of HANSEN MEDICAL, INC., | No. CV 09 05881 SI |
| 17 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE |
| 18 | v. | |
| 19 | FREDERIC H. MOLL, STEVEN M. VAN DICK, GARY C. RESTANI, JOHN G. FREUND, JAMES M. SHAPIRO, | Current CMC Date: March 26, 2010 Proposed CMC Date: June 25, 2010 Before: Hon. Susan Illston |
| 20 | CHRISTOPHER P. LOWE, THOMAS C. MCCONNELL, RUSSELL C. HIRSCH, | |
| 21 | JOSEPH M. MANDATO, KEVIN HYKES, CHRISTOPHER SELLS, and DOES 1-25, | |
| 22 | inclusive., | |
| 23 | Defendants. | |
| 24 | v. | |
| 25 | HANSEN MEDICAL, INC., a Delaware corporation, | |
| 26 | | |
| 27 | Nominal Defendant. | |
| 28 | | |

---

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE
No. CV 09 5881 SI

| | |
|---|---|
| 1 | WHEREAS, a Case Management Conference ("CMC") for the above-captioned case is |
| 2 | currently scheduled for March 26, 2010 at 2:30 p.m.; |
| 3 | WHEREAS, the Parties are engaged in informal settlement discussions in an effort to |
| 4 | resolve this matter at an early stage and have agreed to participate in private negotiations with |
| 5 | the use of a mediator, if necessary; |
| 6 | WHEREAS, on March 5, 2010, the Parties filed their Stipulation and [Proposed] Order |
| 7 | Selecting ADR Process agreeing to schedule such negotiations within 90 days of the Court's |
| 8 | order referring the case to an ADR process, and desire to continue that process; and |
| 9 | WHEREAS, the Parties agree that in order to avoid unnecessary legal expenses and in the |
| 10 | interests of justice and judicial economy, the CMC and related filings should be postponed while |
| 11 | they pursue their attempts to resolve their dispute informally; |
| 12 | THEREFORE the Parties, by and through their undersigned counsel of record, hereby |
| 13 | agree and stipulate to the following: |
| 14 | The CMC, currently scheduled for March 26, 2010, shall be continued to June 25, 2010 |
| 15 | at 2:30 p.m., or as soon as available thereafter, and the deadlines for associated pre-conference |
| 16 | filings, including the Case Management Statement, Rule 26(f) Report and Initial Disclosures, set |
| 17 | forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, |
| 18 | shall be continued accordingly. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| 1 | The Parties respectfully request that the Court enter an Order approving this |
| --- | --- |
| 2 | Stipulation. |
| 3 | |
| 4 | DATED: March 5, 2010      BINGHAM MCCUTCHEN LLP |

<pre>
 1        The Parties respectfully request that the Court enter an Order approving this
 2   Stipulation.
 3
 4   DATED: March 5, 2010              BINGHAM MCCUTCHEN LLP
                                      David M. Balabanian
 5                                    Charlene S. Shimada
                                      John D. Pernick
 6                                    Lucy Wang
                                      Three Embarcadero Center
 7                                    San Francisco, CA 94111
                                      Telephone: 415.393.2000
 8                                    Facsimile: 415.393.2286

 9                                    By:         /s/ Charlene S. Shimada
                                                  Charlene S. Shimada
10
                                      Attorneys for Defendants Frederic H. Moll, Steven
11                                    M. Van Dick, Gary C. Restani, John G. Freund,
                                      James M. Shapiro, Christopher P. Lowe, Thomas C.
12                                    McConnell, Russell C. Hirsch, Joseph M. Mandato,
                                      Kevin Hykes and Nominal Defendant Hansen
13                                    Medical, Inc.

14
     DATED: March 5, 2010              HOWARD RICE NEMEROVSKI CANADY
15                                     FALK & RABKIN
                                       Sarah A. Good
16                                     Three Embarcadero Center, Seventh Floor
                                       San Francisco, CA 94111
17                                     Telephone 415.434.1600
                                       Facsimile 415.217.5910
18
                                       By:         /s/ Sarah A. Good
19                                                 Sarah A. Good

20                                     Attorneys for Defendant Christopher Sells

21
     DATED: March 5, 2010               JOHNSON BOTTINI, LLP
22                                      Frank J. Johnson
                                        501 West Broadway, Suite 1720
23                                      San Diego, CA 92101
                                        Telephone: 619.230.0063
24                                      Facsimile: 619.238.0622

25
                                        By:         /s/ Frank J. Johnson
26                                                  Frank J. Johnson

27                                      Attorneys for Plaintiff Michael Brown,
                                        Derivatively On Behalf Of Hansen Medical, Inc.
28
</pre>

[PROPOSED] ORDER

Based on the above stipulation of the Parties and for good cause appearing therefore, IT IS SO ORDERED.

DATED: _____, 2010

_____
Hon. Susan Illston
United States District Judge

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO GENERAL ORDER 45 |
| 2 | I, Charlene S. Shimada, attest that concurrence in the filing of this document has been |
| 3 | obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed |
| 4 | document. |
| 5 | I declare under penalty of perjury under the laws of the United States of America that the |
| 6 | foregoing is true and correct. |
| 7 | Executed this 5th day of March, 2010, at San Francisco, California. |

BINGHAM MCCUTCHEN LLP

By: /s/ Charlene S. Shimada
    Charlene S. Shimada

Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund, James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato, Kevin Hykes and Nominal Defendant Hansen Medical, Inc.

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |
| 2 | I hereby certify that on March 5, 2010, I electronically transmitted the attached document |
| 3 | to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of |
| 4 | Electronic Filing to the CM/ECF registrants on record. |
| 5 | |
| 6 | |
| 7 | |
| 8 | By:    /s/ Diane R. Imai    <br>         Diane R. Imai |