1  BINGHAM MCCUTCHEN LLP
   David M. Balabanian (SBN 37368)
2  david.balabanian@bingham.com
   Charlene S. Shimada (SBN 91407)
3  charlene.shimada@bingham.com
   John D. Pernick (SBN 155468)
4  john.pernick@bingham.com
   Lucy Wang (SBN 257771)
5  lucy.wang@bingham.com
   Three Embarcadero Center
6  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
7
   Attorneys for Defendants
8  Frederic H. Moll, Steven M. Van Dick, Gary C.
   Restani, John G. Freund, James M. Shapiro,
9  Christopher P. Lowe, Thomas C. McConnell, Russell
   C. Hirsch, Joseph M. Mandato, Kevin Hykes and
10 Nominal Defendant Hansen Medical, Inc.

11

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 MICHAEL BROWN, Derivatively on Behalf of       No. CV 09 05881 SI
   HANSEN MEDICAL, INC.,
                                                  STIPULATION AND [PROPOSED]
17              Plaintiff,                        ORDER EXTENDING DATE FOR
          v.                                      CASE MANAGEMENT CONFERENCE
18
   FREDERIC H. MOLL, STEVEN M. VAN                Current CMC Date:  March 26, 2010
19 DICK, GARY C. RESTANI, JOHN G.                 Proposed CMC Date:  June 25, 2010
   FREUND, JAMES M. SHAPIRO,                      Before: Hon. Susan Illston
20 CHRISTOPHER P. LOWE, THOMAS C.
   MCCONNELL, RUSSELL C. HIRSCH,
21 JOSEPH M. MANDATO, KEVIN HYKES,
   CHRISTOPHER SELLS, and DOES 1-25,
22 inclusive.,

23              Defendants.

24        v.

25 HANSEN MEDICAL, INC., a Delaware
   corporation,
26

27              Nominal Defendant.

28

1    WHEREAS, a Case Management Conference ("CMC") for the above-captioned case is
2 currently scheduled for March 26, 2010 at 2:30 p.m.;
3    WHEREAS, the Parties are engaged in informal settlement discussions in an effort to
4 resolve this matter at an early stage and have agreed to participate in private negotiations with
5 the use of a mediator, if necessary;
6    WHEREAS, on March 5, 2010, the Parties filed their Stipulation and [Proposed] Order
7 Selecting ADR Process agreeing to schedule such negotiations within 90 days of the Court's
8 order referring the case to an ADR process, and desire to continue that process; and
9    WHEREAS, the Parties agree that in order to avoid unnecessary legal expenses and in the
10 interests of justice and judicial economy, the CMC and related filings should be postponed while
11 they pursue their attempts to resolve their dispute informally;
12    THEREFORE the Parties, by and through their undersigned counsel of record, hereby
13 agree and stipulate to the following:
14    The CMC, currently scheduled for March 26, 2010, shall be continued to June 25, 2010
15 at 2:30 p.m., or as soon as available thereafter, and the deadlines for associated pre-conference
16 filings, including the Case Management Statement, Rule 26(f) Report and Initial Disclosures, set
17 forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines,
18 shall be continued accordingly.

1 | The Parties respectfully request that the Court enter an Order approving this
2 | Stipulation.

3

4 | DATED: March 5, 2010          BINGHAM MCCUTCHEN LLP
                                  David M. Balabanian
5                                 Charlene S. Shimada
                                  John D. Pernick
6                                 Lucy Wang
                                  Three Embarcadero Center
7                                 San Francisco, CA  94111
                                  Telephone: 415.393.2000
8                                 Facsimile: 415.393.2286

9                                 By:_____/s/ Charlene S. Shimada_____
                                              Charlene S. Shimada
10

11                                Attorneys for Defendants Frederic H. Moll, Steven
                                  M. Van Dick, Gary C. Restani, John G. Freund,
12                                James M. Shapiro, Christopher P. Lowe, Thomas C.
                                  McConnell, Russell C. Hirsch, Joseph M. Mandato,
13                                Kevin Hykes and Nominal Defendant Hansen
                                  Medical, Inc.

14

15 | DATED: March 5, 2010         HOWARD RICE NEMEROVSKI CANADY
                                  FALK & RABKIN
                                  Sarah A. Good
16                                Three Embarcadero Center, Seventh Floor
                                  San Francisco, CA  94111
17                                Telephone 415.434.1600
                                  Facsimile 415.217.5910
18

19                                By:_____/s/ Sarah A. Good_____
                                              Sarah A. Good
20
                                  Attorneys for Defendant Christopher Sells
21

22 | DATED: March 5, 2010         JOHNSON BOTTINI, LLP
                                  Frank J. Johnson
23                                501 West Broadway, Suite 1720
                                  San Diego, CA  92101
                                  Telephone: 619.230.0063
24                                Facsimile: 619.238.0622

25
                                  By:_____/s/ Frank J. Johnson_____
26                                            Frank J. Johnson

27                                Attorneys for Plaintiff Michael Brown,
                                  Derivatively On Behalf Of Hansen Medical, Inc.
28

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE
No. CV 09 5881 SI

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

Based on the above stipulation of the Parties and for good cause appearing therefore, IT IS SO ORDERED.

DATED: _____, 2010

_____
Hon. Susan Illston
United States District Judge

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Charlene S. Shimada, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of March, 2010, at San Francisco, California.

BINGHAM MCCUTCHEN LLP

By: /s/ Charlene S. Shimada
      Charlene S. Shimada

Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund, James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato, Kevin Hykes and Nominal Defendant Hansen Medical, Inc.

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |

2  I hereby certify that on March 5, 2010, I electronically transmitted the attached document

3  to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4  Electronic Filing to the CM/ECF registrants on record.

5

6

7

8  By:  /s/ Diane R. Imai
        Diane R. Imai

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28