1  BINGHAM MCCUTCHEN LLP
   David M. Balabanian (SBN 37368)
2  david.balabanian@bingham.com
   Charlene S. Shimada (SBN 91407)
3  charlene.shimada@bingham.com
   John D. Pernick (SBN 155468)
4  john.pernick@bingham.com
   Lucy Wang (SBN 257771)
5  lucy.wang@bingham.com
   Three Embarcadero Center
6  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
7
   Attorneys for Defendants
8  Frederic H. Moll, Steven M. Van Dick, Gary C.
   Restani, John G. Freund, James M. Shapiro,
9  Christopher P. Lowe, Thomas C. McConnell, Russell
   C. Hirsch, Joseph M. Mandato, Kevin Hykes and
10 Nominal Defendant Hansen Medical, Inc.

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15

16 | MICHAEL BROWN, Derivatively on Behalf of | No. CV 09 05881 SI |
   | HANSEN MEDICAL, INC., | |

17 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE |
   | v. | |

18 | | Current CMC Date:  June 25, 2010 |
19 | FREDERIC H. MOLL, STEVEN M. VAN DICK, GARY C. RESTANI, JOHN G. FREUND, JAMES M. SHAPIRO, | Proposed CMC Date:  July 9, 2010 |
20 | CHRISTOPHER P. LOWE, THOMAS C. McCONNELL, RUSSELL C. HIRSCH, | Before: Hon. Susan Illston |
21 | JOSEPH M. MANDATO, KEVIN HYKES, CHRISTOPHER SELLS, and DOES 1-25, |
22 | inclusive, |

23 |                 Defendants.

24 |                     v.

25 | HANSEN MEDICAL, INC., a Delaware corporation,
26

27 |                 Nominal Defendant.

28

1    WHEREAS, a Case Management Conference ("CMC") for the above-captioned case is

2  currently scheduled for June 25, 2010 at 2:30 p.m.;

3    WHEREAS scheduling conflicts make it difficult for Defendants' counsel to attend the

4  CMC at the date and time at which it is currently scheduled;

5    THEREFORE the Parties, by and through their undersigned counsel of record, hereby

6  agree and stipulate to the following:

7    The CMC, currently scheduled for June 25, 2010, shall be continued to July 9, 2010 at

8  2:30 p.m., or as soon as available thereafter, and the deadlines for associated pre-conference

9  filings, including the Case Management Statement, Rule 26(f) Report and Initial Disclosures, set

10  forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines,

11  shall be continued accordingly.

12    The Parties respectfully request that the Court enter an Order approving this

13  Stipulation.

14

15  DATED:  June 7, 2010                    BINGHAM MCCUTCHEN LLP
                                          David M. Balabanian
16                                        Charlene S. Shimada
                                          John D. Pernick
17                                        Lucy Wang
                                          Three Embarcadero Center
18                                        San Francisco, CA  94111
                                          Telephone:  415.393.2000
19                                        Facsimile:  415.393.2286

20                                        By: _____/s/ Charlene S. Shimada_____
                                                      Charlene S. Shimada
21

22                                        Attorneys for Defendants Frederic H. Moll, Steven
                                          M. Van Dick, Gary C. Restani, John G. Freund,
23                                        James M. Shapiro, Christopher P. Lowe, Thomas C.
                                          McConnell, Russell C. Hirsch, Joseph M. Mandato,
24                                        Kevin Hykes and Nominal Defendant Hansen
                                          Medical, Inc.

25

26

27

28

                                          1
                ─────────────────────────────────────────────────────

1

DATED:  June 7, 2010

2

3

4

5

6

7

8

DATED:  June 7, 2010

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
Sarah A. Good
Three Embarcadero Center, Seventh Floor
San Francisco, CA  94111
Telephone:  415.434.1600
Facsimile:  415.217.5910


By:_____/s/ Sarah A. Good_____
                              Sarah A. Good

Attorneys for Defendant Christopher Sells


JOHNSON BOTTINI, LLP
Frank J. Johnson
501 West Broadway, Suite 1720
San Diego, CA  92101
Telephone:  619.230.0063
Facsimile:  619.238.0622


By:_____/s/ Frank J. Johnson_____
                              Frank J. Johnson

Attorneys for Plaintiff Michael Brown,
Derivatively On Behalf Of Hansen Medical, Inc.

2

1          [PROPOSED] ORDER

2          Based on the above stipulation of the Parties and for good cause appearing therefore, IT

3    IS SO ORDERED.

4

5

6
     DATED: _____, 2010      _____
7                                                    Hon. Susan Illston
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE
No. CV 09 5881 SI

1            ATTESTATION PURSUANT TO GENERAL ORDER 45

2        I, Charlene S. Shimada, attest that concurrence in the filing of this document has been

3  obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

4  document.

5        I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7        Executed this 7th day of June, 2010, at San Francisco, California.

8

9                              BINGHAM MCCUTCHEN LLP

10

11                              By:        /s/ Charlene S. Shimada
                                     Charlene S. Shimada

12

13                              Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund, James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato, Kevin Hykes and Nominal Defendant Hansen Medical, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF MAILING

2

     I hereby certify that on June 7, 2010, I electronically transmitted the attached document

3

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4

Electronic Filing to the CM/ECF registrants on record.

5

6

7

                    By:_____/s/ Diane R. Imai_____

8

                               Diane R. Imai

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28