1   BINGHAM MCCUTCHEN LLP
    David M. Balabanian (SBN 37368)
2   david.balabanian@bingham.com
    Charlene S. Shimada (SBN 91407)
3   charlene.shimada@bingham.com
    John D. Pernick (SBN 155468)
4   john.pernick@bingham.com
    Lucy Wang (SBN 257771)
5   lucy.wang@bingham.com
    Three Embarcadero Center
6   San Francisco, CA  94111-4067
    Telephone:  415.393.2000

7

    Attorneys for Defendants
8   Frederic H. Moll, Steven M. Van Dick, Gary C.
    Restani, John G. Freund, James M. Shapiro,
9   Christopher P. Lowe, Thomas C. McConnell, Russell
    C. Hirsch, Joseph M. Mandato, Kevin Hykes and
10  Nominal Defendant Hansen Medical, Inc.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15
    MICHAEL BROWN, Derivatively on Behalf of          No. CV 09 05881 SI
16  HANSEN MEDICAL, INC.,
                                                       STIPULATION AND [PROPOSED]
17                Plaintiff,                            ORDER RE MOTION TO DISMISS
              v.                                        AND EXTENDING DATE FOR CASE
18                                                      MANAGEMENT CONFERENCE
    FREDERIC H. MOLL, STEVEN M. VAN
19  DICK, GARY C. RESTANI, JOHN G.                     Current CMC Date:  June 25, 2010
    FREUND, JAMES M. SHAPIRO,                          Proposed CMC Date:  July 23, 2010
20  CHRISTOPHER P. LOWE, THOMAS C.                     Before: Hon. Susan Illston
    MCCONNELL, RUSSELL C. HIRSCH,
21  JOSEPH M. MANDATO, KEVIN HYKES,
    CHRISTOPHER SELLS, and DOES 1-25,
22  inclusive,

23                Defendants.

24            v.

25  HANSEN MEDICAL, INC., a Delaware
    corporation,
26

27                Nominal Defendant.

28

1    WHEREAS, in accordance with the parties' stipulation of April 21, 2010, Defendants

2    response to the Complaint in this action is due on June 11, 2010 and Defendants intend to file a

3    Motion to Dismiss on that date.

4    WHEREAS, the first available hearing date for Defendants' Motion to Dismiss on which

5    counsel for all parties are available is July 23, 2010.

6    WHEREAS, the parties have agreed to set the hearing on Defendants' Motion to Dismiss

7    for July 23, 2010, and have agreed to a briefing schedule for the Opposition and Reply Briefs on

8    the Motion to Dismiss.

9    WHEREAS, a Case Management Conference ("CMC") for the above-captioned case is

10   currently scheduled for June 25, 2010 at 2:30 p.m.;

11   WHEREAS on June 7, 2010, Defendants filed a Stipulation and [Proposed] Order

12   Extending the Date for the CMC to July 9, 2010.

13   WHEREAS the parties agree that in order to avoid unnecessary legal expenses and in the

14   interests of justice and judicial economy, the CMC shall coincide with the hearing date for

15   Defendants' Motion to Dismiss.

16   THEREFORE the parties, by and through their undersigned counsel of record, hereby

17   agree and stipulate to the following:

18       1.   Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed on or

19   before June 29, 2010 and Defendants shall file any Reply on or before July 9, 2010;

20       2.   The hearing on Defendants' Motion to Dismiss shall be set for July 23, 2010 at

21   9:00 a.m. or as soon thereafter as the matter may be heard;

22       3.   The CMC, currently scheduled for June 25, 2010, which the parties previously

23   asked to be continued to July 9, 2010, shall be continued to July 23, 2010 at 9:00 a.m., or as soon

24   as available thereafter, to correspond with the hearing on Defendants' Motion to Dismiss.  The

25   deadlines for associated pre-conference filings, including the Case Management Statement, Rule

26   26(f) Report and Initial Disclosures, set forth in the Court's Order Setting Initial Case

27   Management Conference and ADR Deadlines, shall be continued accordingly.

28

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS AND EXTENDING DATE FOR CMC
CASE NO. CV 09 5881 SI

1    The Parties respectfully request that the Court enter an Order approving this

2    Stipulation.

3

4    DATED:  June 10, 2010                    BINGHAM MCCUTCHEN LLP
                                              David M. Balabanian
5                                             Charlene S. Shimada
                                              John D. Pernick
6                                             Lucy Wang
                                              Three Embarcadero Center
7                                             San Francisco, CA  94111
                                              Telephone:  415.393.2000
8                                             Facsimile:  415.393.2286

9                                             By:_____/s/ Charlene S. Shimada_____
10                                                      Charlene S. Shimada

11                                            Attorneys for Defendants Frederic H. Moll, Steven
                                              M. Van Dick, Gary C. Restani, John G. Freund,
12                                            James M. Shapiro, Christopher P. Lowe, Thomas C.
                                              McConnell, Russell C. Hirsch, Joseph M. Mandato,
13                                            Kevin Hykes and Nominal Defendant Hansen
                                              Medical, Inc.

14

15   DATED:  June 10, 2010                    HOWARD RICE NEMEROVSKI CANADY
                                              FALK & RABKIN
16                                            Sarah A. Good
                                              Three Embarcadero Center, Seventh Floor
17                                            San Francisco, CA  94111
                                              Telephone:  415.434.1600
18                                            Facsimile:  415.217.5910

19                                            By:_____/s/ Sarah A. Good_____
20                                                      Sarah A. Good

21                                            Attorneys for Defendant Christopher Sells

22   DATED:  June 11, 2010                    JOHNSON BOTTINI, LLP
                                              Frank J. Johnson
23                                            501 West Broadway, Suite 1720
                                              San Diego, CA  92101
24                                            Telephone:  619.230.0063
                                              Facsimile:  619.238.0622

25                                            By:_____/s/ Frank J. Johnson_____
26                                                      Frank J. Johnson

27                                            Attorneys for Plaintiff Michael Brown,
                                              Derivatively On Behalf Of Hansen Medical, Inc.

28

2

1          [PROPOSED] ORDER

2          Based on the above stipulation of the Parties and for good cause appearing therefore, IT

3  IS SO ORDERED.

4

5

6

7  DATED: _____, 2010     _____
                                             Hon. Susan Illston
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1              ATTESTATION PURSUANT TO GENERAL ORDER 45

2          I, Charlene S. Shimada, attest that concurrence in the filing of this document has been

3 obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

4 document.

5          I declare under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct.

7          Executed this 11th day of June, 2010, at San Francisco, California.

8

9                                BINGHAM MCCUTCHEN LLP

10

11                                By:         /s/ Charlene S. Shimada
                                          Charlene S. Shimada

12
13                              Attorneys for Defendants Frederic H. Moll, Steven
M. Van Dick, Gary C. Restani, John G. Freund,

14                              James M. Shapiro, Christopher P. Lowe, Thomas C.
McConnell, Russell C. Hirsch, Joseph M. Mandato,

15                              Kevin Hykes and Nominal Defendant Hansen
Medical, Inc.

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS AND EXTENDING DATE FOR CMC
CASE NO. CV 09 5881 SI

1    CERTIFICATE OF MAILING

2        I hereby certify that on June 11, 2010, I electronically transmitted the attached document

3    to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4    Electronic Filing to the CM/ECF registrants on record.

5

6

7
                                    By:_____/s/ Diane R. Imai_____
8                                                      Diane R. Imai

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS AND EXTENDING DATE FOR CMC
CASE NO. CV 09 5881 SI