BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
david.balabanian@bingham.com
Charlene S. Shimada (SBN 91407)
charlene.shimada@bingham.com
John D. Pernick (SBN 155468)
john.pernick@bingham.com
Lucy Wang (SBN 257771)
lucy.wang@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000

Attorneys for Defendants
Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund, James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato, Kevin Hykes and Nominal Defendant Hansen Medical, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BROWN, Derivatively on Behalf of HANSEN MEDICAL, INC., <br><br> Plaintiff, <br> v. <br><br> FREDERIC H. MOLL, STEVEN M. VAN DICK, GARY C. RESTANI, JOHN G. FREUND, JAMES M. SHAPIRO, CHRISTOPHER P. LOWE, THOMAS C. MCCONNELL, RUSSELL C. HIRSCH, JOSEPH M. MANDATO, KEVIN HYKES, CHRISTOPHER SELLS, and DOES 1-25, inclusive., <br><br> Defendants. <br><br> v. <br><br> HANSEN MEDICAL, INC., a Delaware corporation, <br><br> Nominal Defendant. | No. CV 09 05881 SI <br><br> STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS AND EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE <br><br> Current CMC Date: June 25, 2010 <br> Proposed CMC Date: July 23, 2010 <br> Before: Hon. Susan Illston |

1       WHEREAS, in accordance with the parties' stipulation of April 21, 2010, Defendants
response to the Complaint in this action is due on June 11, 2010 and Defendants intend to file a
Motion to Dismiss on that date.

        WHEREAS, the first available hearing date for Defendants' Motion to Dismiss on which
counsel for all parties are available is July 23, 2010.

        WHEREAS, the parties have agreed to set the hearing on Defendants' Motion to Dismiss
for July 23, 2010, and have agreed to a briefing schedule for the Opposition and Reply Briefs on
the Motion to Dismiss.

        WHEREAS, a Case Management Conference ("CMC") for the above-captioned case is
currently scheduled for June 25, 2010 at 2:30 p.m.;

        WHEREAS on June 7, 2010, Defendants filed a Stipulation and [Proposed] Order
Extending the Date for the CMC to July 9, 2010.

        WHEREAS the parties agree that in order to avoid unnecessary legal expenses and in the
interests of justice and judicial economy, the CMC shall coincide with the hearing date for
Defendants' Motion to Dismiss.

        THEREFORE the parties, by and through their undersigned counsel of record, hereby
agree and stipulate to the following:

        1.  Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed on or
before June 29, 2010 and Defendants shall file any Reply on or before July 9, 2010;

        2.  The hearing on Defendants' Motion to Dismiss shall be set for July 23, 2010 at
~~9:00 a.m. or as soon thereafter as the matter may be heard~~d;   2:30 p.m.

        3.  The CMC, currently scheduled for June 25, 2010, which the parties previously
asked to be continued to July 9, 2010, shall be continued to July 23, 2010 at 9:00 a.m., or as soon
as available thereafter, to correspond with the hearing on Defendants' Motion to Dismiss.  The
deadlines for associated pre-conference filings, including the Case Management Statement, Rule
26(f) Report and Initial Disclosures, set forth in the Court's Order Setting Initial Case
Management Conference and ADR Deadlines, shall be continued accordingly.

1     The Parties respectfully request that the Court enter an Order approving this
2 Stipulation.

3

| | |
|---|---|
| 4 DATED: June 10, 2010 | BINGHAM MCCUTCHEN LLP |
| | David M. Balabanian |
| 5 | Charlene S. Shimada |
| | John D. Pernick |
| 6 | Lucy Wang |
| | Three Embarcadero Center |
| 7 | San Francisco, CA  94111 |
| | Telephone:  415.393.2000 |
| 8 | Facsimile:  415.393.2286 |
| 9 | By:_____/s/ Charlene S. Shimada_____ |
| 10 | Charlene S. Shimada |
| 11 | Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund, James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato, Kevin Hykes and Nominal Defendant Hansen Medical, Inc. |
| 14 | |
| 15 DATED: June 10, 2010 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| | Sarah A. Good |
| 16 | Three Embarcadero Center, Seventh Floor |
| | San Francisco, CA  94111 |
| 17 | Telephone:  415.434.1600 |
| | Facsimile:  415.217.5910 |
| 18 | |
| 19 | By:_____/s/ Sarah A. Good_____ |
| | Sarah A. Good |
| 20 | Attorneys for Defendant Christopher Sells |
| 21 | |
| 22 DATED: June 11, 2010 | JOHNSON BOTTINI, LLP |
| | Frank J. Johnson |
| 23 | 501 West Broadway, Suite 1720 |
| | San Diego, CA  92101 |
| 24 | Telephone:  619.230.0063 |
| | Facsimile:  619.238.0622 |
| 25 | By:_____/s/ Frank J. Johnson_____ |
| 26 | Frank J. Johnson |
| 27 | Attorneys for Plaintiff Michael Brown, Derivatively On Behalf Of Hansen Medical, Inc. |
| 28 | |

1    [PROPOSED] ORDER

2    Based on the above stipulation of the Parties and for good cause appearing therefore, IT
3    IS SO ORDERED.

4
5
6
     DATED: _____, 2010     _____
7                                                      Hon. Susan Illston
                                                       United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

1  ATTESTATION PURSUANT TO GENERAL ORDER 45

2  I, Charlene S. Shimada, attest that concurrence in the filing of this document has been
3  obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed
4  document.

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.

7  Executed this 11th day of June, 2010, at San Francisco, California.

BINGHAM MCCUTCHEN LLP

By:_____/s/ Charlene S. Shimada_____
         Charlene S. Shimada

Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund, James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato, Kevin Hykes and Nominal Defendant Hansen Medical, Inc.

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |

2   I hereby certify that on June 11, 2010, I electronically transmitted the attached document

3  to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4  Electronic Filing to the CM/ECF registrants on record.

```
                              By:_____/s/ Diane R. Imai_____
                                           Diane R. Imai
```