| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | David M. Balabanian (SBN 37368) |
| 2 | david.balabanian@bingham.com |
|   | Charlene S. Shimada (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|   | John D. Pernick (SBN 155468) |
| 4 | john.pernick@bingham.com |
|   | Lucy Wang (SBN 257771) |
| 5 | lucy.wang@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 7 |  |
|   | Attorneys for Defendants |
| 8 | Frederic H. Moll, Steven M. Van Dick, Gary C. |
|   | Restani, John G. Freund, James M. Shapiro, |
| 9 | Christopher P. Lowe, Thomas C. McConnell, Russell |
|   | C. Hirsch, Joseph M. Mandato, Kevin Hykes and |
| 10 | Nominal Defendant Hansen Medical, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | MICHAEL BROWN, Derivatively on Behalf of HANSEN MEDICAL, INC., | No. CV 09 05881 SI |
| 17 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS AND EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE |
|   | v. | |
| 18 | FREDERIC H. MOLL, STEVEN M. VAN DICK, GARY C. RESTANI, JOHN G. FREUND, JAMES M. SHAPIRO, CHRISTOPHER P. LOWE, THOMAS C. MCCONNELL, RUSSELL C. HIRSCH, JOSEPH M. MANDATO, KEVIN HYKES, CHRISTOPHER SELLS, and DOES 1-25, inclusive., | Current CMC Date:  July 23, 2010<br>Proposed CMC Date:  November 5, 2010<br>Before: Hon. Susan Illston |
| 23 | Defendants. | |
| 24 | v. | |
| 25 | HANSEN MEDICAL, INC., a Delaware corporation, | |
| 27 | Nominal Defendant. | |

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS AND EXTENDING DATE FOR CMC
CASE NO. CV 09 5881 SI

1     WHEREAS, in accordance with the Court's Order Denying Motion to Stay and Granting

2 Motion to Dismiss of July 21, 2010, Plaintiff must file any amended complaint no later than

3 August 9, 2010;

4     WHEREAS, the first available hearing date for any Motion to Dismiss the amended

5 complaint on which counsel for all parties are available is November 5, 2010;

6     WHEREAS, the parties have agreed to set the hearing on Defendants' Motion to Dismiss

7 for November 5, 2010, and have agreed to a briefing schedule for the Opposition and Reply

8 Briefs on the Motion to Dismiss;

9     WHEREAS, a Case Management Conference ("CMC") for the above-captioned case was

10 scheduled for July 23, 2010 at 2:30 p.m.;

11     WHEREAS the parties agree that in order to avoid unnecessary legal expenses and in the

12 interests of justice and judicial economy, the CMC shall coincide with the hearing date for

13 Defendants' Motion to Dismiss.

14     THEREFORE the parties, by and through their undersigned counsel of record, hereby

15 agree and stipulate to the following:

16     1. Defendants shall file any Motion to Dismiss on or before September 8, 2010;

17     2. Plaintiff shall file any Opposition to Defendants' Motion to Dismiss on or before

18 October 8, 2010;

19     3. Defendants shall file any Reply on or before October 25, 2010;

20     4. The hearing on Defendants' Motion to Dismiss shall be set for November 5, 2010

21 at 9:00 a.m. or as soon thereafter as the matter may be heard;

22     5. The CMC shall be continued to November 5, 2010 at 9:00 a.m., or as soon as

23 available thereafter, to correspond with the hearing on Defendants' Motion to Dismiss. The

24 deadlines for associated pre-conference filings, including the Case Management Statement, Rule

25 26(f) Report and Initial Disclosures, set forth in the Court's Order Setting Initial Case

26 Management Conference and ADR Deadlines, shall be continued accordingly.

27

28

1     The Parties respectfully request that the Court enter an Order approving this
2 Stipulation.

3

4 DATED: July 23, 2010     BINGHAM MCCUTCHEN LLP
David M. Balabanian
5     Charlene S. Shimada
John D. Pernick
6     Lucy Wang
Three Embarcadero Center
7     San Francisco, CA 94111
Telephone: 415.393.2000
8     Facsimile: 415.393.2286

9     By:  /s/ Charlene S. Shimada
10     Charlene S. Shimada

11     Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund,
12     James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato,
13     Kevin Hykes and Nominal Defendant Hansen Medical, Inc.

14
15 DATED: July 23, 2010     HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Sarah A. Good
16     Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111
17     Telephone: 415.434.1600
Facsimile: 415.217.5910
18

19     By:  /s/ Sarah A. Good
    Sarah A. Good
20
    Attorneys for Defendant Christopher Sells
21

22 DATED: July 23, 2010     JOHNSON BOTTINI, LLP
Frank J. Johnson
23     501 West Broadway, Suite 1720
San Diego, CA 92101
24     Telephone: 619.230.0063
Facsimile: 619.238.0622
25
    By:  /s/ Frank J. Johnson
26     Frank J. Johnson

27     Attorneys for Plaintiff Michael Brown,
Derivatively On Behalf Of Hansen Medical, Inc.
28

1 [PROPOSED] ORDER

2   Based on the above stipulation of the Parties and for good cause appearing therefore, IT
3 IS SO ORDERED.

6,7   DATED: _____, 2010

_____
Hon. Susan Illston
United States District Judge

11,12   The cmc will be set at 2:30 p.m. and the motion will be set at 9:00 a.m. on 11/5/10.

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Charlene S. Shimada, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of July, 2010, at San Francisco, California.

BINGHAM MCCUTCHEN LLP

By: _____/s/ Charlene S. Shimada_____
           Charlene S. Shimada

Attorneys for Defendants Frederic H. Moll, Steven M. Van Dick, Gary C. Restani, John G. Freund, James M. Shapiro, Christopher P. Lowe, Thomas C. McConnell, Russell C. Hirsch, Joseph M. Mandato, Kevin Hykes and Nominal Defendant Hansen Medical, Inc.

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |

2  I hereby certify that on July 23, 2010, I electronically transmitted the attached document

3  to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4  Electronic Filing to the CM/ECF registrants on record.

5

6

7

    By:          /s/ Diane R. Imai
8                    Diane R. Imai

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28